# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHRISTINA KOVITCH,

    Plaintiff,

v.                                      CASE NO.: 8:18-cv-00043-JDW-MAP

PUBLIX SUPER MARKETS, INC.,

    Defendant.

## FLSA SETTLEMENT AGREEMENT, RELEASE AND DISCLAIMER ("AGREEMENT")

This Agreement is made between Publix Super Markets, Inc. ("Publix") and Christina Kovitch ("Plaintiff"), who agree upon a settlement of all issues involved herein as follows:

1.    The parties recognize that Publix does not admit liability to Plaintiff, or to anyone else because of or growing out of matters set forth in the pleadings of Plaintiff in the above-entitled cause.

2.    In consideration for the execution by Plaintiff of this Settlement Agreement pursuant to the Fair Labor Standards Act ("FLSA") (hereinafter, the "Agreement"), and compliance by Plaintiff with the promises made herein, Publix agrees to pay, and Plaintiff agrees to accept, the sum of TEN THOUSAND DOLLARS AND NO/100THS ($10,000.00), less applicable deductions, to be paid as described below, and other good and valuable consideration as described below, and agrees to dismiss the above-captioned matter with prejudice, and Plaintiff hereby remises, acquits, releases, satisfies and discharges, on her own behalf and on behalf of anyone who could claim by and through her, Publix, its predecessors and successors in interest, assignees, parents, subsidiaries, divisions and related companies and entities, and their

past, present and future shareholders, officers, directors, supervisors, managers, employees, agents, attorneys, insurers, and representatives (hereafter collectively referred to as "Publix"), in their individual and official capacities, and their heirs and legal representatives, which Plaintiff and her heirs, executors, administrators, agents, distributees, beneficiaries, successors in interest and assignees from the beginning of the world to the date of Plaintiff's execution of this Agreement of any and all claims, known and unknown, asserted or unasserted, which Plaintiff has or may have against Releasees as of the date of execution of this Agreement, pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq., and any other theory relating to a wage and hour claim, which are or could have been encompassed in the Litigation. Plaintiff agrees to dismiss the above-captioned case with prejudice, and to never file a lawsuit against Publix for any reason released in this Agreement. The release does not purport to release any claims that may arise after Plaintiff executes the Agreement.

3. As part of this Agreement and a result of the payments made to Plaintiff by Defendant, upon receipt of the proceeds referenced herein, Plaintiff acknowledges and avers that she has been paid all wages (including overtime compensation) and other compensation due to her from Publix for any reason, and that the compensation reflected herein fully compensates her for any unpaid wages, compensation, and/or overtime she would have been entitled to for her full limitations period.

4. Plaintiff declines to have any 401(k) deduction taken from her proceeds.

5. It is further agreed and understood that the total amount of TEN THOUSAND DOLLARS AND NO/100THS ($10,000.00), will be paid in the following manner:

    a. Publix will present a single itemized check to Plaintiff allocated between wages and liquidated damages and costs. The amount of FOUR THOUSAND DOLLARS AND NO/100THS ($4,000.00) is allocated as non-wages and Publix will issue Plaintiff an IRS Form 1099 in that amount. Plaintiff will provide a completed IRS

Form W-9 before the issuance of the check. The amount of FOUR THOUSAND DOLLARS AND NO/100THS ($4,000.00) is allocated as wages, and Publix will withhold applicable deductions from that amount. Plaintiff will provide a completed IRS Form W-4 before the issuance of the check. Publix will mail this check to Plaintiff's attorneys, Yormak Employment & Disability Law.

        b. Publix will present a check in the amount of TWO THOUSAND DOLLARS AND NO/100THS ($2,000.00), payable Yormak Employment & Disability Law based on Plaintiff's representation that her attorneys, Yormak Employment & Disability Law, are entitled to this amount. Publix, at Plaintiff's request, will issue the check solely to Yormak Employment & Disability Law, and will issue an IRS Form 1099 for this amount to Yormak Employment & Disability Law. In addition, Yormak Employment & Disability Law is to provide a completed IRS Form W-9 form before the issuance of a check. The check shall be mailed to Yormak Employment & Disability Law.

        **c. Plaintiff and Yormak Employment & Disability Law acknowledge and agree that Publix is not required to make any payments under the Agreement until thirty-seven (37) days after receipt of the executed Agreement or thirty-seven (37) days after receipt of IRS Forms W-4 and W-9 executed by Plaintiff by Melanie Parrish Bonanno, Director of Employment Law, Publix Super Markets, Inc., 3300 Publix Corporate Parkway, Lakeland, FL 33811-3311, whichever occurs later.**

**CHRISTINA KOVITCH AFFIRMS THAT SHE HAS CAREFULLY READ THIS ENTIRE AGREEMENT AND FULLY UNDERSTANDS ALL THE TERMS OF THIS AGREEMENT, INCLUDING, BUT NOT LIMITED TO, THE FACT THAT IT IS A FULL, COMPLETE, IRREVOCABLE AND UNCONDITIONAL RELEASE OF CLAIMS THAT SHE MAY NOW HAVE AGAINST THE RELEASED PARTIES ALL CLAIMS SHE HAS OR MIGHT HAVE AGAINST DEFENDANT PURSUANT TO THE FAIR LABOR STANDARDS ACT AND THE FLORIDA MINIMUM WAGE ACT.**

_____
Christina Kovitch

STATE OF: FLORIDA
COUNTY OF: HILLSBOROUGH

    Sworn to and subscribed before me this 16th day of October 2018, by CHRISTINA KOVITCH, who is [ ] personally known to me or [ ] who has produced _drivers license_ as identification].

_Denise Kay Banach_ [sign]
Type/Print Name of Notary
Notary Public – State of Florida
Commission #: _____
My Commission Expires: _____

**Denise Kay Banach**
COMMISSION #FF230673
EXPIRES: May 14, 2019
WWW.AARONNOTARY.COM

| | |
|---|---|
| | YORMAK EMPLOYMENT & DISABILITY LAW |
| 10-16-18<br>Date | By: *[signature]*<br>Print Name: Benjamin H. Yormak<br>*Attorneys for Plaintiff* |
| | PUBLIX SUPER MARKETS, INC. |
| 10-25-18<br>Date | By: *[signature]*<br>Print Name: Melanie Buvanno<br>Title: Director of Employment Law |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 10/16/18<br>Date | By: *[signature]*<br>Print Name: Edmund J. McKenna<br>*Attorneys for Defendant* |

35952435.1

Page 4 of 4